# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| G & C Enterprises, Inc. ) | ASBCA No. 56572 |
| ) | |
| Under Contract No. DAHA28-94-C-0001 ) | |

APPEARANCE FOR THE APPELLANT:     Paul T. DeVlieger, Esq.
                                  DeVlieger Hilser P.C.
                                  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                    Army Chief Trial Attorney
                                  CPT Michael E. Barnicle, JA
                                    Trial Attorney

## ORDER OF DISMISSAL

The appeal has been settled. Pursuant to the parties' 15 January 2014 motion, the appeal is dismissed from the Board's docket with prejudice, subject to reinstatement only in the event that the settlement payment is not consummated within 60 days from the date of this order. Any motion to reinstate must be filed with the Board by 22 July 2014.

Dated: 23 January 2014

JOHN LANE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 56572, Appeal of G & C Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals